ALBERT I. WEINGART, Respondent, v. GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, Appellant — Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, upon the ground that questions of fact are here involved which may be disposed of only upon a trial. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Information of JOHN E. DONEGAN, Respondent, v. INTERBOROUGH NEWS Co., INC., Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GEORGE GORDON and Another, as Administrators of DAVID GORDON, Deceased, Respondents. PHILIP L. DUNNE, Substituted Receiver, etc., of EDWARD GORDON, Appellant; SOLOMON NOVOGRODSKY, Assignee of EDWARD GORDON, Distributee, Respondent.— Decree affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Glennon, J. dissent.

WILLIAM LURIE, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LEON M. PRINCE and Another, Copartners, etc., and Another, Appellants, v. EDWARD A. SCHMIDT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Morrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of PETER JOHNSON, Respondent, v. RUBELS ICE COMPANY, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of PAULINE ZAMMATARO, Respondent, against SALVATORE ZAMMATARO, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH HORBACHEVSKY, Respondent, v. GREATER NEW YORK TAXPAYERS MUTUAL INSURANCE ASSOCIATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LAWRENCE PLAZA, Respondent, v. JAMES STEWART & Co., INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRIET ROSHAY, an Infant under the Age of Fourteen Years, by MARTIN ROSHAY, Her Guardian ad Litem, and MARTIN ROSHAY, Respondents, v. FILOMENA IORIO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MICHAEL PAVLOVICH KOSOLAPOFF, Appellant, v. PETROGRADSKY MEJDUNARODNY KOMMERCHESKY BANK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.